RECEIVED
IN MONROE, LA

FEB 0 5 2007
 ᖆ
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA



THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| FERGUSON JOHNSON | CIVIL ACTION NO. 05-1982 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JO ANNE B. BARNHART, U.S. COMMISSIONER OF SOCIAL SECURITY | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 10], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that for the period from May 5, 1995, through December 5, 1999, the Commissioner's decision be REVERSED AND REMANDED for further proceedings.

IT IS FURTHER ORDERED that for the period beginning December 6, 1999, the Commissioner's decision be AFFIRMED.

MONROE, LOUISIANA this 3 day of February, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE